**COZEN O'CONNOR**
Karl O. Riley (State Bar No.)
*kriley@cozen.com*
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: 702-470-2314
Facsimile: 702-470-2351

Michael Rafalko *(Pro Hac Vice to be filed)*
*Mrafalko@cozen.com*
Kathryn Rivera *(Pro Hac Vice to be filed)*
*krivera@cozen.com*
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.665.4146
Facsimile: 215.701-2198

Attorneys for Defendant TRANSAMERICA
LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JACKLYN G. RIGGS, an individual, | Case No. 3:22-cv-00124-LRH-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE TIME FOR TRANSAMERICA LIFE INSURANCE COMPANY TO ANSWER THE COMPLAINT** |
| TRANSAMERICA LIFE INSURANCE COMPANY, DOES I-XXX; AND ABC CORPORATIONS A-Z, inclusive, | |
| Defendant. | **(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** and **AGREED** by and between counsel for Plaintiff, Jacklyn G. Riggs, and counsel for Defendant, Transamerica Life Insurance Company (hereafter "TLIC," together with Riggs, the "Parties"), pursuant to Federal Rule of Civil Procedure 6(b) that:

1.    Defendant TLIC removed the instant action from the Eighth Judicial District Court for Clark County, Nevada on March 8, 2022, making its response to

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

the same due on March 15, 2022;

      2.    For good cause, the Parties agree that TLIC's deadline to file its Answer the Complaint is extended March 25, 2022.

      3.    This stipulation does not constitute a waiver of any claim, right or defense by TLIC.

      4.    In accordance with LR IA 6-1, this is the first stipulation for an extension to file TLIC's Answer to the Complaint.

**IT IS SO STIPULATED.**

| DATED: March 14, 2022 | DATED: March 14, 2022 |
|---|---|
| By: */s/ Karl O. Riley* <br> Karl O. Riley <br> Nevada Bar No. 12077 <br> 3753 Howard Hughes Parkway, Suite 200 <br> Las Vegas, NV 89169 <br> Telephone: 702-470-2314 <br> Facsimile: 702-470-2351 <br> *Attorneys for Defendant* <br> TRANSAMERICA LIFE <br> INSURANCE COMPANY | By: */s/ Vernon E. Leverty* <br> Vernon E. Leverty, Esq. <br> Nevada Bar No. 1266 <br> LEVERTY & ASSOCIATES LAW CHTD. <br> 832 Willow Street <br> Reno, NV 89502 <br> Telephone: 775-322-6636 <br> Fascimile: 775-322-3953 <br> *Attorneys for Plaintiff* <br> JACKLYN G. RIGGS |

<u>**ORDER**</u>

**IT IS SO ORDERED.**

**Dated:**

_____
**UNITED STATES MAGISTRATE JUDGE**

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

2