UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACKLYN G. RIGGS, an individual, | Case No. 3:22-cv-00124-LRH-CLB |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| TRANSAMERICA LIFE INSURANCE COMPANY, DOES I-XXX; and ABC CORPORATIONS A-Z, inclusive, | |
| Defendants. | |

Before the Court is Plaintiffs' Notice of Voluntary Dismissal (ECF No. 41) filed on March 3, 2023. Plaintiff notice informed the Court that the action was settled by the parties and the terms of the settlement have been complied with by Defendants.

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED.

DATED this 30th day of March, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE