AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JACKLYN G. RIGGS,

              Plaintiff,

v.

TRANSAMERICA LIFE INSURANCE COMPANY, DOES I-XXX; AND ABC CORPORATIONS A-Z, inclusive,

              Defendants.

JUDGMENT

Case Number: 3:22-cv-00124-LRH-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that this action is **dismissed with prejudice.**
**IT IS FURTHER ORDERED** that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close the case.

Date: March 31, 2023

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_